### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 23-04405 |
| Jesse Colbert | ) | Hon. David D. Cleary |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## **NOTICE OF MOTION**

TO: Marilyn O. Marshall, Chapter 13 Trustee, 224 S. Michigan STE 800, Chicago, IL 60604; via electronic court notice.

See the attached Service List.

Please take notice that on April 10, 2023, at 1:30 a.m., I will appear before the Honorable David D. Cleary, or any judge sitting in that judge's place, either in courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, or electronically as described below, and present the motion to impose automatic stay, a copy of which is attached.

All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.

You may appear electronically by video or by telephone.

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-8287666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 122 6457 and the password is Cleary644. The meeting ID and password can also be found on Judge Cleary's webpage on the court's website, https://www.ilnb.uscourts.gov/content/judgedavid-d-cleary.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that he served a copy of this notice and the attached motion, on each entity shown on the attached list at the address shown and by the method indicated on the list on April 3, 2023, via U.S. Mail with postage prepaid from the mailbox located at 10258 S Western Avenue, Suite 210A, Chicago IL 60643

/s/ Steve Miljus
Feldman Garcia Leshinsky & Miljus, LLC
10258 S Western Avenue, Suite 210A
Chicago IL 60643
(312) 248-2781
smiljus@fglmlawgroup.com

```
Label Matrix for local noticing        U.S. Bankruptcy Court                   Acima Credit
0752-1                                  Eastern Division                        9815 South Monroe Street
Case 23-04405                           219 S Dearborn                          4th Floor
Northern District of Illinois           7th Floor                               Sandy, UT 84070-4384
Eastern Division                        Chicago, IL 60604-1702
Mon Apr  3 13:26:05 CDT 2023

Americash Loans, LLC                    (p)ANDIGO CREDIT UNION                  Aurora Medical Group
PO Box 1728                             1501 E WOODFIELD ROAD SUITE 400W        PO BOX 1123
Des Plaines, IL 60017-1728              SCHAUMBURG IL 60173-5419                Minneapolis, MN 55440-1123


Commonwealth Edison Company Bankrup     Consumers Credit Union                  Dr Leonards/Carol Wright
1919 Swift Drive                        Attn: Bankruptcy                        1112 7th Ave.
Oak Brook, IL 60523-1502                1075 Tri-State Parkway, #850            Monroe, WI 53566-1364
                                        Gurnee, IL 60031-9182


First Citizens Bank                     First Premier Bank                      Flagship Credit Acceptance
4000 West Brown Deer Road               Attn: Bankruptcy                        Attn: Bankruptcy
Milwaukee, WI 53209-1221                Po Box 5524                             Po Box 965
                                        Sioux Falls, SD 57117-5524              Chadds Ford, PA 19317-0643


IC Systems                              IRS                                     Illinois Tollway
PO Box 64378                            PO Box 7346                             PO BOX 5544
Saint Paul, MN 55164-0378               Philadelphia, PA 19101-7346             Chicago, IL 60680-5491


(p)JEFFERSON CAPITAL SYSTEMS LLC        LJ Ross & Associates                    Midnight Velvet
PO BOX 7999                             4 Universal Way, Po Box 6099            PO BOX 740933
SAINT CLOUD MN 56302-7999               Jackson, MI 49204-6099                  Dallas, TX 75374-0933


Pinnacle Service Solutions              (p)S A I L   LCC                       Seventh Avenue
4408 Milestrip Rd #247                  BANKRUPTCY DEPARTMENT                   1112 7th Avenue
Buffalo, NY 14219-2553                  2400 E DEVON AVE SUITE 300              Monroe, WI 53566-1364
                                        DES PLAINES IL 60018-4600


Total Visa/The Bank of Missouri         Jesse Colbert                           Marilyn O Marshall
Attn: Bankruptcy                        924 Garden Lane                         224 South Michigan Ste 800
Po Box 85710                            Homewood, IL 60430-2046                 Chicago, IL 60604-2503
Sioux Falls, SD 57118-5710


Patrick S Layng                         Steve Miljus
Office of the U.S. Trustee, Region 11   Feldman Garcia Leshinsky & Miljus LLC
219 S Dearborn St                       10258 S Western Avenue
Room 873                                Ste 210a
Chicago, IL 60604-2027                  Chicago, IL 60643-1948
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Andigo Cu
1501 E. Woodfield Road
Schaumburg, IL 60173

Jefferson Capital Systems LLC
PO BOX 7999
Saint Cloud, MN 56302-9617

Sail Loans
2400 E Devon Ave
Suite 300
Des Plaines, IL 60018

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 23-04405 |
| Jesse Colbert ) | Hon. David D. Cleary |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**MOTION TO IMPOSE AUTOMATIC STAY**

Jesse Colbert, the Debtor, represented by Feldman Garcia Leshinsky & Miljus, LLC (FGLM), hereby files a Motion to Impose Automatic Stay, and states the following:

1. On March 31, 2023 ("Petition Date"), the debtor filed a Petition for Relief under Chapter 13 of the United States Bankruptcy Code, and the court has not yet confirmed the Debtor's plan.

2. The Debtor has previously filed two Chapter 13 cases. The first case, 22-07920, was filed on July 15, 2022, and voluntarily dismissed on December 20, 2022. The second case, 22-14715, was filed on December 21, 2022, and dismissed on February 13, 2023, due to unreasonable delay (see attached Exhibit A, the Debtor's Affidavit, and Exhibit B, the Debtor's Schedule I & J from case 22-14715).

3. Specifically, the second case was dismissed because the Debtor failed to attend his 341 meeting of creditors.

4. The Debtor did not provide the Trustee with the necessary documents after filing the case, which prevented the 341 meeting of creditors from being held.

5. In the current case, the Debtor has provided all necessary documents to his attorney to ensure the 341 meeting of creditors will be held.

6. Additionally, the Debtor is receiving a pension from the Laborers Annuity and Benefit Fund of Chicago and has sufficient income to fund the proposed Chapter 13 Plan as

    demonstrated in the attached Schedule I & J (see attached Exhibit C, Debtor's Schedule I & J in this case).

7. The Debtor has retained new counsel to administer the Chapter 13 case.

8. The Debtor filed this case in good faith, intends to complete his Chapter 13 Plan, and requests this Honorable Court impose the automatic stay pursuant to Section 362 (c)(4)(A).

The Debtor moves this Court for the following relief:

A. This Honorable Court impose the Automatic stay; and

B. For such other and further relief as the Court deems fair and proper.

                                                Respectfully Submitted,

                                                */s/ Steve Miljus*
                                                Feldman Garcia Leshinsky & Miljus, LLC
                                                10258 S Western Avenue, Suite 210A
                                                Chicago IL 60643
                                                (312) 248-2781
                                                smiljus@fglmlawgroup.com